**BASF AKTIENGESELLSCHAFT, Plaintiff–Appellant,**

and

**Goliath Hundertzehnte Vermoegensverwaltungsgesellschaft MBH, Plaintiff,**

v.

**YEDA RESEARCH AND DEVELOPMENT CO., LTD., Defendant–Appellee.**

**No. 01–1305.**

United States Court of Appeals, Federal Circuit.

April 24, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).